*E-Filed 6/1/11*

1  THAD A. DAVIS (SBN 220503)
   thad.davis@ropesgray.com
2  ROCKY C. TSAI (SBN 221452)
   rocky.tsai@ropesgray.com
3  ROPES & GRAY LLP
   Three Embarcadero Center, Ste 300
4  San Francisco, California  94111-4006
   Tel:    (415) 315- 6300
5  Fax:    (415) 315-6350

6  HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
   harvey.wolkoff@ropesgray.com
7  MARK P. SZPAK
   mark.szpak@ropesgray.com
8  LARA A. ORAVEC
   lara.oravec@ropesgray.com
9  ROPES & GRAY LLP
   Prudential Tower, 800 Boylston Street
10 Boston, MA  02199-3600
   Tel:    (617) 951-7606
11 Fax:    (617) 235-0215

12 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC, a Delaware Limited Liability Company; SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, a Delaware Limited Liability Company; and SONY CORPORATION OF AMERICA, a New York Corporation,<br><br>Defendants. | Case No.   4:11-cv-02181-RS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Richard Seeborg |

1   WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA"), Sony
2   Network Entertainment International LLC ("SNEI"), and Sony Corporation of America ("SCA"),
3   as well as certain related entities (collectively, the "Sony Defendants"), have been named as
4   defendants in at least twenty-five (25) putative class action lawsuits within this District, to date;

5   WHEREAS, certain of the Sony Defendants have also been named as defendants in at
6   least nineteen (19) putative class action lawsuits pending outside this District, to date;

7   WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
8   Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
9   to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
10  2011.

11  WHEREAS, the current deadline for SCEA, SNEI, and SCA to respond to the Complaint
12  is June 15, 2011;

13  WHEREAS, the parties have agreed to the extension of time herein for the defendants in
14  the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
15  facilitate the scheduling of this matter in coordination with the schedule for the motion before the
16  JPML;

17  NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
18  by and through their respective counsel, hereby stipulate as follows:

19  The deadline for the defendants to respond to the Complaint in the above-captioned action
20  is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
21  litigation centralizing the above-captioned action with other matters, or if centralization is denied
22  by the JPML, then 30 days from the date of such order denying centralization.
23  ///

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 4:11-cv-02181-RS

Either party may seek ex parte relief from this stipulated Order for good cause shown, including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 31, 2011

L. TIMOTHY FISHER
SARAH N. WESTCOT
BURSOR & FISHER, P.A.

By:   /s/ Sarah N. Westcot /s/ [as authorized]
Sara N. Westcot
Attorneys for Plaintiff
ARTHUR SANCHEZ

Dated: May 31, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By:   /s/ Rocky C. Tsai /s/
Rocky C. Tsai

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC, SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC and SONY CORPORATION OF AMERICA.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  6/1/11                    By: _____
U. S. District Court Judge